# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139265

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

HOWARD L. WARSON,
      Plaintiff-Appellee,

v

HOWARD D. WARSON, DANIEL L. WARSON,
MORTGAGEIT, INC., ARGENT MORTGAGE
CO., L.L.C., MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., REX
FERGUSON, and PENNY FERGUSON,
      Defendants,

and

WASHINGTON MUTUAL BANK,
      Defendant-Appellant.

SC: 139265
COA: 283401
Genesee CC: 06-083704-CK

_____/

On order of the Court, the application for leave to appeal the June 2, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

s0921